THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF F/V MISS MADDISON, INC., AS OWNERS AND/OR OPERATORS OF THE VESSEL MELODY OFFICIAL NUMBER 698044, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>Case No. 2:22-cv-01756-TMC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW the parties to this action and agree and stipulate that it may be dismissed with prejudice. The parties have reached a settlement and all funds have been distributed. Each party is to bear their own costs and attorney's fees.

Respectfully submitted.

DATED this 7th day of September, 2023.

HOLMES WEDDLE & BARCOTT, P.C.

*/s/ Michael A. Barcott*
Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
3101 Western Ave, Suite 500
Seattle, Washington 98121
Telephone:   206-292-8008
Facsimile:   206-340-0289
Email: mbarcott@hwb-law.com
dbarcott@hwb-law.com
Attorneys for Limitation Plaintiffs
MULLAVEY, PROUT, GRENLEY & FOE LLP

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1
Case No. 2:22-cv-01756-TMC

Holmes Weddle & Barcott, PC
3101 WESTERN AVE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   | */s/ Daniel A. S. Foe*                                          |
|     | Daniel A. S. Foe, WSBA No. 42876                                |
|     | Aaron J. Naff, WSBA No. 51200                                   |
| 3   | 2401 NW 65th                                                    |
|     | Seattle, WA 98127                                               |
| 4   | dfoe@ballardlawyers.com                                         |
|     | anaff@ballardlawyers.com                                        |
| 5   | Attorneys for Claimant Osguthorpe                               |
| 6   | TRUEB & BEARD, LLC                                              |
| 7   | */s/ Lanning M. Trueb*                                          |
|     | Lanning M. Trueb, WSBA No. 31389                                |
| 8   | 330 L Street, Suite 101                                         |
|     | Anchorage, AK 99501                                             |
| 9   | lmtrueb@msn.com                                                 |
|     | Attorneys for Claimant Marinkovich                              |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2
Case No. 2:22-cv-01756-TMC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

# ORDER

After reviewing the parties' stipulated motion for dismissal with prejudice it is hereby ORDERED that this case shall be and is hereby dismissed with prejudice and without costs to any party.

DATED this 8th day of September 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

Presented by:

HOLMES WEDDLE & BARCOTT, P.C.

 /s/ Michael A. Barcott
Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
3101 Western Ave, Suite 500
Seattle, Washington 98121
Telephone: 206-292-8008
Facsimile: 206-340-0289
Email: mbarcott@hwb-law.com
       dbarcott@hwb-law.com
Attorneys for Limitation Plaintiffs

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
Case No. 2:22-cv-01756-TMC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289